**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00337-STV

DENNIS ROBERTS,

Plaintiff,

v.

CRAFT BREW ALLIANCE, INC., DAVID R. LORD,
TIMOTHY P. BOYLE, MARC J. CRAMER,
PAUL D. DAVIS, MATTHEW GILBERTSON,
KEVIN R. KELLY, NICKOLAS A. MILLS, and
JACQUELINE S. WOODWARD,

Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dennis Roberts hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: April 1, 2020

Respectfully submitted,

**HALPER SADEH LLP**

/s/ Daniel Sadeh
Daniel Sadeh, Esq.
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Daniel Sadeh, hereby certify that on April 1, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 1, 2020

/s/ Daniel Sadeh
Daniel Sadeh